857 A.2d 181

CITY OF PHILADELPHIA, Petitioner,

v.

CIVIL SERVICE COMMISSION and
Kimberly Hayes, Respondents.

Supreme Court of Pennsylvania.

July 13, 2004.

## ORDER

PER CURIAM.

AND NOW, this 13th day of July, 2004, the Petition for Allowance of Appeal is hereby GRANTED, LIMITED to the following issue:

Whether the common pleas court and the Commonwealth Court erred as a matter of law in affirming the decision of the Civil Service Commission of the City of Philadelphia where the Commission relied on properly objected to hearsay documents in rendering its opinion?